**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kari Ann Schell                        CHAPTER 13

Debtor(s)

BKY. NO. 20-10759 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/Rebecca A. Solarz
                                            Rebecca Solarz
                                            24 Aug 2020, 13:48:32, EDT

                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322