**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KARI ANN SCHELL | Chapter 13 |
| Debtor | Bankruptcy No. 20-10759-MDC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

January 14, 2021

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PRO-SE
*
*
*, * *

Debtor:
KARI ANN SCHELL

281 BARNSLEY AVE.

MORRISVILLE, PA 19067-